# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| WAYNE MARTIN HEISINGER,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:14-cv-00455-SKO<br><br>**STIPULATION OF DISMISSAL; ORDER THEREON**<br><br>(Fed. R. Civ. P. 41(a)(1)) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), as follows:

1.  This action was commenced on March 29, 2014.

2.  The action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the Court for dismissal.

3.  This action is hereby dismissed, in its entirety, without prejudice.

Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated:  November 17, 2014

Respectfully submitted,
*/s/   Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff

Dated:  November 17, 2014

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

1

1

**(As authorized via email on 11/17/14)**

By: _____

2
Cynthia B. De Nardi
3
Assistant Regional Counsel
Office of the General Counsel – Region IX
4
Attorneys for Defendant

5
### ORDER
6
As the parties have stipulated to the dismissal of this action without prejudice, the case
7
has terminated pursuant to Rule 41 of the Federal Rules of Civil Procedure.  The Clerk of Court
8
is directed to administratively close this case.
9

10

11
IT IS SO ORDERED.
12
Dated:   **November 19, 2014**            **/s/ Sheila K. Oberto**
13
UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28